IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MATILDA RADCLIFF, | ) | CASE NO. 1:05 CV 2723 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| METROPOLITAN PROPERTY and, | ) | |
| CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

For the reasons stated in the attached Memorandum Opinion, Plaintiff's claims cannot withstand summary judgment. Accordingly. Defendant's Motion for Summary Judgment (Document #17) is GRANTED.

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: November 30, 2006